FILED

07/28/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0019



# IN THE SUPREME COURT OF THE STATE OF MONTANA
## THE OFFICE OF THE CLERK OF SUPREME COURT
### HELENA, MONTANA 59620-3003

Supreme Court No.
DA 20-0019

KRISTINE DAVENPORT,

     Plaintiff and Appellant,

v.

COUNTY OF LINCOLN, a political subdivision
of the State of Montana; SHERIFF OF
COUNTY OF LINCOLN, State of Montana, and
ROBY BOWE,

     Defendants and Appellees.

**GRANT OF EXTENSION**

     Pursuant to authority granted under M. R. App.P. 26(1), Appellant is given an extension of time until September 4, 2020, to prepare, file, and serve the Appellant's Reply brief.

DATED July 28, 2020

_____
Bowen Greenwood
Clerk of the Supreme Court

c:    Kristine Davenport, Gregory L. Bonilla